IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SALELYTICS, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>HIGHLAND MEDICAL, PC, and<br>MONTEFIORE NYACK HOSPITAL,<br><br>                Defendants. | **8:24CV92**<br><br>**ORDER TO SHOW CAUSE** |

The records of the court show that on May 6, 2024, a letter (Filing No. 18) was sent to attorney Daniel J. Hurteau from the Office of the Clerk directing him to register for admission to practice in this court and to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System").

As of June 17, 2024, attorney Daniel J. Hurteau has not complied with the Clerk's letter. Accordingly,

IT IS ORDERED,

On or before July 1, 2024, attorney Daniel J. Hurteau must register for admission and for the System or show cause by written affidavit why compliance is not possible as required under the rules of the Court.

Dated this 17th day of June, 2024.

                                                    SIGNED:

                                                    s/ Kate O. Rahel
                                                    Appointed Special Master