# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SALELYTICS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HIGHLAND MEDICAL, PC, and<br>MONTEFIORE NYACK HOSPITAL,<br><br>　　　　　Defendants. | **8:24CV92**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation of Voluntary Dismissal (Filing No. 48). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed without prejudice with each party to pay its own attorneys' fees and costs.

Dated this 28th day of August, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge